In re State of Louisiana; Doe, John Dr.; Roe, Richard, Officer; Poe, Jane, Nurse; New Orleans City of; — Defendant(s); applying for writ of certiorari and/or review; to the Court of Appeal, First Circuit, No. 88CA-1154; to the Court of Appeal, Fourth Circuit, No. 88CA-1155, 88CA-1156, 88CA-1157; Parish of Orleans, Civil District Court, Div. “G”, No. 87-21092; Civil District Court, Div. “K”, No. 87-23213; Civil District Court, Div. “C”, No. 87-23435; Civil District Court, Div. “G”, No. 87-22721.
Prior report: La.App., 545 So.2d 632.
Denied.
LEMMON, J., concurs. Relator may reraise the issue on appeal after trial.
CALOGERO and MARCUS, JJ., would grant the writ.